ANNA SEAVERS, Appellant, and JOHN J. SEAVERS, Plaintiff, v. WOMAN'S HOSPITAL IN THE STATE OF NEW YORK, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted. The date for the production and discovery to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of GEORGE W. LEFEVRE, Deceased.— Order affirmed, with ten dollars costs and disbursements. The dates for the examinations to proceed to be fixed in the order, and thereupon the proceeding remitted to the surrogate for further action in accordance with said order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

POSNICK-NONAS CO., INC., Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, without prejudice to any application which plaintiff may be advised to make with respect to the examination of the person upon whom the subpoena was served. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Respondent, v. HERTZ DRIVURSELF STATIONS, INC. (NEW YORK), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and Proskauer, JJ.

J. J. NEWBERRY COMPANY, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

J. J. NEWBERRY COMPANY, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL BRAND, Respondent, v. ROSE COLIN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BEN BALISH and Another, Respondents, v. LOUIS TAUB, Appellant, Impleaded, etc.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of CARMER CORPORATION, Appellant, against FRANCIS B. WOOD, Attorney, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOHN STEWART FERRIS, Appellant, v. L. GOLDIA FERRIS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PHILIP KLEIN, Respondent, v. BRUCK-WEISS MILLINERY, INC., and Others, Appellants.— Order modified by providing that the examination shall be concluded on the day to be fixed by the order of this court to be entered hereon and